16123.   TILLER *v.* THE STATE.

BLOODWORTH, J. The special ground of the motion for a new trial shows no reason why a new trial should be granted; there is evidence to support the verdict; and, the judge who tried the case having approved the verdict, this court will not interfere with it.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED MARCH 3, 1925.

Indictment for keeping disorderly and lewd house; from Wilkes superior court—Judge Shurley. November 8, 1924.

*Hugh E. Combs,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.